J. Rand, trading as Randcraft Clothes, appellee, v. A. Starsiak, appellant. Gen. No. 36,379.

Opinion filed April 10, 1933.

Blanksten, Freeman & Freeman, for appellant. Edward Graff, for appellee; Louis D. David, of counsel.

Mr. Justice Matchett delivered the opinion of the court.